MELISSA HOLYOAK, United States Attorney (#7007)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: carlos.esqueda@usdoj.gov

FILED US District Court-UT
JAN 21 '26 AM11:33

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP S. JOHNSON,<br><br>Defendant. | INDICTMENT<br><br>Count 1:  18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm<br><br>Case: 2:26-cr-00007<br>Assigned To : Barlow, David<br>Assign. Date : 1/20/2026 |

The Grand Jury Charges:

## COUNT 1
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about May 15, 2025, in the District of Utah,

PHILIP S. JOHNSON,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Sig

Sauer, P 320 9mm handgun, from a licensed firearm dealer within the meaning of Chapter

44, Title 18, United States Code, knowingly made a false and fictitious written statement

intended and likely to deceive the firearm dealer with respect to any fact material to the

lawfulness of such acquisition of the firearm, that is he falsely answered "no" on ATF form

4473 asking whether he had ever been adjudicated mental defective, when, as he then

knew, the answer was untrue; all in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney

2